**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

The court acknowledges the Notice of Stipulated Dismissal, Dkt. [18]. The Clerk is DIRECTED to close this case on the docket. JPH, 8/4/2026. Distribution via ECF.

|  |  |  |
|---|---|---|
| **DYLAN YAMPIERE GUEVARA NARVAEZ,** | § § § § | |
| **Petitioner** | § § | |
| **v.** | § § | **Case no. 2:26-cv-00480-JPH-MKK** |
| **BRANDON CROWLEY, in his official capacity as Warden of Clay County Justice Center,** | § § § § § | |
| **SAM OLSON, in his official capacity as Director of Chicago Field Office for ICE ERO,** | § § § § § | |
| **MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,** | § § § § | |
| **TODD BLANCHE, in his official capacity as Acting Attorney General of the United States.** | § § | |

**NOTICE OF STIPULATED DISMISSAL**

**COMES NOW** Dylan Yampiere Guevara Narvaez, Petitioner, by and through counsel of record, Roberto Garcia, Respondent, by and through counsel of record, Samuel Christian, Jr., and, pursuant to Federal Rule of Civil Procedure 41(a)(A)(11), hereby submit to this Honorable Court this Notice of Stipulated Dismissal. Each party will bear their own costs.